IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH ROMERO, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:11-cv-246-SJM-SPB |
| | ) | |
| v. | ) | |
| | ) | |
| ARCHIE B. LONGLEY, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on October 21, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on September 18, 2012 [14], recommends that the instant petition for writ of habeas corpus be dismissed with prejudice for lack of subject matter jurisdiction.  The parties were allowed fourteen (14) days from the date of service in which to file objections.  Service was made on Petitioner by certified mail at the Federal Correctional Institution in Florence, Colorado, where he is currently incarcerated, and on the Respondent.  No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 10th Day of October, 2012;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DISMISSED with prejudice for lack of subject matter jurisdiction.

The Report and Recommendation of Magistrate Judge Baxter, filed on September 18, 2012 [14], is adopted as the opinion of the Court.

                                      s/   Sean J. McLaughlin

                                           SEAN J. McLAUGHLIN
                                           United States District Judge

Cm:    All parties of record.

        U.S. Magistrate Judge Susan Paradise Baxter